

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

Nos. 04-19-00292-CR & 04-19-00293-CR

Gerald Edwin **HODGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR8989 & 2018CR8986
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file a brief in these consolidated cases is granted. We order appellant's brief due November 7, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk